# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**TAITWANA BOULWARE,** :
:
     **Plaintiff**     **CIVIL ACTION NO. 3:13-CV-1541**
:
**v.** 
:      **(JUDGE MANNION)**
**LIBERTY INSURANCE**
**CORPORATION,** :
     **Defendant** :

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Defendant's motion for partial summary judgment, (Doc. 18), is **GRANTED** with respect to Count II, the bad faith claim.

**(2)** Count II of plaintiff's complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE;** and,

**(3)** The court will issue a separate order setting forth a trial schedule with respect to Count I, the breach of contract claim.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 17, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1541-01-ORDER.wpd